UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mr. NASIR MAHMOOD ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 08CV3617 |
| v. ) | |
| ) | Hon. Judge Lefkow |
| MICHAEL B. MUKASEY, Attorney ) | |
| General of the United States, et al. ) | Magistrate Judge Nolan |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned action without prejudice.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated this 22nd day of July, 2008.

Respectfully submitted,

/s John Shine
John Shine
Attorney for Plaintiff Nasir Mahmood

Minsky, McCormick and Hallagan, P.C.
The Clark Adams Building
210 S. Clark St., Suite 2025
Chicago, IL 60604
312-427-6163
jshine@mmhpc.com

## CERTIFICATE OF SERVICE

I hereby certify that the attached Notice of Dismissal was served on July 22, 2008, in accordance with FED. R. CIV P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (EFC) system as to ECF filers.

                By:    s/ John Shine
                         JOHN SHINE
                         Minsky, McCormick and Hallagan, P.C.
                         The Clark Adams Building
                         210 S. Clark St., Suite 2025
                         Chicago, IL 60604
                         312-427-6163
                         jshine@mmhpc.com